IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| RYAN HENDRICKSON, | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 1:11-CV-2013-TWT |
| NATIONAL CREDIT WORKS, INC., | |
| Defendant. | |

## ORDER

This is an action under the Fair Debt Collections Act. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 27 day of June, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge